Good morning, your honors. I will be very brief. Please start. Tell us who you are. Tell us who you represent. You got 15 minutes. Jessica Espinosa on behalf of the Santa Cruz County Tax Collector Appellee. Please proceed. Mr. McInnis has not demonstrated that the bankruptcy court committed clear error in denying his request for an extension of time or in dismissing his case. Despite his record, the court did consider the reasons that he gave for his extension and based on his history in the bankruptcy court, including his numerous filings, they determined that his reasons were not credible. As he didn't file his appropriate paperwork, the court, it was appropriate for them to dismiss the case. However, the court was well within its discretion to also have dismissed his case for cause based on his numerous filings. That's all I have, your honors, and I would be pleased to answer any questions. You're taking the unreasonable position that it may be bad fate to file 12 cases since 2008 and four cases this last year. Yes, I am, your honors. Wow. Thank you. I don't have any questions. Thank you. Thank you. Matters team submitted.
judges: Kurtz, Faris, Brand